DATE: 8-14-19  PAGE NO. 1

STATEMENT OF: Marquel Johnson

Dear Honorable Judge

My name is Marquel Johnson. I will becoming before you to be sentenced on my cases. I'm writing this letter because I want you to know everything thats happened leading up to this situation and choices I made in my life. I hope this can help you decide on who I am before you sentence me.

First I want to take full Responsibility in my actions on the things that happened, and the people that were hurt.

I am 25 years old I graduated high school. Since high school I have been on my own either staying with friends or being homeless. At age 13 I was molested this started a life I did not want. My Mother and Father arent in my life due to Drugs and Crimes. I have 9 siblings and I do not speak with any of them. The only support I now have is my cousin and my Great Aunt. I am very Thankful for the support that I have now. My life has been alot of hurt and struggle. I was in 2 car accidents prior to me being arrested. I wasnt able to work I then became homeless, I struggled to feed myself. At this time I had no support and no family to help or guide me. I met my Co defendent when she brought the Idea to my attention. Before I knew it everything was out of my control. I became very scared when their was a victim that was hurt. I didn't know how

_Marquel John___
(Signature of person giving voluntary statement)

☐ Check if inmate refused voluntary statement

Incident Report # _____

Case 2:18-cr-00182-JPS   Filed 10/25/19   Page 1 of 2   Document 69

DCDF103(6/08)

DATE: 8-14-19   PAGE NO. 2
STATEMENT OF: Marquel Johnson

to judge my actions. I became scaried of the whole situation. I followed a person that I myself was afraid to say no too.

Your Honor I am very sorry to my community and the victims that became involved in my crimes. There has been so much hurt, sadness, and mistakes in my life. I only want to move forward on bettering myself. In prison there is many programs for me to get into. I can start fresh on becoming a good successful person in society. I plan on taking each day as a blessing. Each choice I now make is only a better future for myself.

Thank you for taking your time on reading my letter.

Sincerely,

Marquel Johnson

Marquel
(Signature of person giving voluntary statement)

☐ Check if inmate refused voluntary statement

Incident Report #

Case 2:18-cr-00182-JPS   Filed 10/25/19   Page 2 of 2   Document 69

DCDF103(6/08)